# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

VS. CASE NO. 6:24-cr-154-JA-LHP

JOHN E. MCCOY

---

## ORDER

Defendant, John E. McCoy, filed a pro se motion for early termination of supervised release (Doc. No. 29) on October 29, 2026.

Upon consideration of the above, it is **ORDERED** that the United States shall respond to the Motion within fourteen (14) days of the date of this Order, including any recommendation that the probation officer may have.

**DONE** and **ORDERED** on October 30, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
John E. McCoy