# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.** **CASE NO. 6:24-cr-154-JA-LHP**

**JOHN E. MCCOY**

---

## ORDER

Upon consideration of Defendant's Motion for Early Termination of Supervised Release (Doc. No. 29), and the Government's Response (Doc. No. 31), it is **ORDERED** that Defendant's Motion for Early Termination of Supervised Release (Doc. No. 29) is **GRANTED.** Defendant's supervised release is terminated.

**DONE** and **ORDERED** on November 17th, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Attorney
United States Probation
John McCoy